MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. *v.* ETHAN
BOOK, JR., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 25524) is denied.

*Ethan Book, Jr.*, pro se, in support of the petition.

Decided September 12, 2005

EMIGRANT MORTGAGE COMPANY, INC. *v.* HELEN
E. O'REILLY ET AL.

The petition by the defendant John T. O'Reilly for certification for appeal from the Appellate Court (AC 26176) is denied.

*John T. O'Reilly*, pro se, in support of the petition.

*Robert A. Ziegler*, in opposition.

Decided September 12, 2005

ROBERT ALVINE *v.* COLONIAL PROPERTIES,
INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 26199) is denied.

*Richard A. Roberts*, in support of the petition.

Decided September 12, 2005